# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00606-CV

### K. L., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

### FROM THE DISTRICT COURT OF COMAL COUNTY, 22ND JUDICIAL DISTRICT
### NO. C2013-0881A, HONORABLE DIB WALDRIP, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

After a non-jury hearing, the district court appointed appellant K.L. as the possessory conservator of two children and appointed the children's father and paternal grandmother as the joint managing conservators, giving the grandmother the right to determine the children's residence.

Appellant's court-appointed appellate counsel has filed a brief in which he discusses the record, the elements of the cause of action, and the standard of review and concludes that appellant has no arguable grounds for appeal and that his appeal is wholly frivolous. *See Anders v. California*, 386 U.S. 738, 744 (1967); *High v. State*, 573 S.W.2d 807, 811 (Tex. Crim. App. 1978); *see also Taylor v. Texas Dep't of Protective & Regulatory Servs.*, 160 S.W.3d 641, 646-47 (Tex. App.—Austin 2005, pet. denied) (applying *Anders* procedure in appeal from termination of parental rights). Appellant's counsel states that he has provided appellant with a

copy of the brief along with a notice advising appellant of her right to examine the appellate record and to file a pro se brief. No pro se brief has been filed.

Having thoroughly reviewed the record and counsel's brief, we agree with counsel's assessment that the appeal is frivolous and without merit. We affirm the judgment and grant appellant's counsel's motion to withdraw as counsel.

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Goodwin and Field

Affirmed

Filed: January 27, 2015